IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CALDERON,

    Plaintiff,           No. 2:07-cv-2774-JAM-JFM (PC)

    vs.

S. BABICH, et al.,

    Defendants.          <u>ORDER</u>

                              /

        On June 9, 2008, plaintiff filed a motion for an extension of time to file an opposition to defendants' May 16, 2008 motion to dismiss. Plaintiff filed his opposition on the same day. Pursuant to this court's March 17, 2008 order and Local Rule 78-230(m), plaintiff's opposition was due on June 6, 2008. The opposition delivered to prison officials for mailing on June 5, 2008. It is therefore timely filed. <u>See</u> <u>Houston v. Lack</u>, 487 U.S. 266 (1988). Accordingly, plaintiff's motion for an extension of time is unnecessary.

        On June 12, 2008, defendants filed a request for an extension of time until June 25, 2008 to file a reply brief. Good cause appearing, defendants' request will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 9, 2008 opposition to defendants' May 16, 2008 motion to dismiss is timely filed;

1

Case 2:07-cv-02774-JAM-JFM   Document 21   Filed 06/16/08   Page 2 of 2

2.  Plaintiff's June 9, 2008 motion for extension of time is denied;

3.  Defendants' June 12, 2008 request for extension of time is granted; and

4.  Defendants are granted until June 25, 2008 in which to file and serve their reply brief.

DATED:  June 13, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
cald2774.ext

2