IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CALDERON,

        Plaintiff,                No. 2:07-cv-2774 JAM JFM (PC)

    vs.

S. BABICH, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objections to the January 23, 2009 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's February 11, 2009 request for an extension of time is granted;

        2.  Plaintiff is granted fifteen days from the date of this order[1] in which to file and serve objections to the January 23, 2009 findings and recommendations; and

        3.  No further extensions of time will be granted.

DATED: February 18, 2009.

UNITED STATES MAGISTRATE JUDGE

12/mp;cald2774.36(2)

---

[1] Fifteen days from the date of this order will be March 5, 2009.