IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CALDERON,

        Plaintiff,                     No. 2:07-cv-2774 JAM JFM (PC)

    vs.

S. BABICH, et al.,

        Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate

Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 23, 2009, the magistrate judge filed findings and recommendations

herein which were served on all parties and which contained notice to all parties that any

objections to the findings and recommendations were to be filed within twenty days. After

receiving an extension of time, plaintiff has filed objections to the findings and

recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1  file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3         Plaintiff has also filed a request for a continuance of this matter to obtain counsel

4  and to review a case cited by the magistrate judge in the findings and recommendations. After

5  review of the record herein, and good cause appearing, plaintiff's request will be denied.

6         Accordingly, IT IS HEREBY ORDERED that:

7         1. Plaintiff's February 19, 2009 request for a continuance is denied;

8         2. The findings and recommendations filed January 23, 2009, are adopted in full;

9         3.  Defendants' May 16, 2008 motion to dismiss is granted; and

10        4.  This action is dismissed for failure to properly exhaust administrative

11            remedies prior to suit.

12  DATED: 3/12/2009

13
                                    /s/ John A. Mendez
14                                  UNITED STATES DISTRICT JUDGE

15  /cald2774.805

16

17

18

19

20

21

22

23

24

25

26