1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT CALDERON,

11            Plaintiff,                    No. 2:07-cv-2774-JAM-JFM (PC)

12       vs.

13   S. BABICH, et al.,

14            Defendants.                   ORDER

15   _____/

16            On April 24, 2009, plaintiff filed a notice of change of address and a request to

17   "toll time limits due to incarceration."  This civil rights action was closed on March 31, 2009

18   pursuant to an order of the district court and judgment entered thereon.  It is not clear from

19   plaintiff's request what time limits he seeks to toll.

20            Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is

21   directed to send a copy of the district court's March 31, 2009 order and the judgment thereon to

22   /////

23   /////

24   /////

25   /////

26   /////

1

1  plaintiff at the address in his April 24, 2009 notice of change of address.  Plaintiff's request to

2  toll time limits is denied without prejudice.

3  DATED: May 5, 2009.

4

5  _____
   UNITED STATES MAGISTRATE JUDGE

6

7
   12
   cald2774.o
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26